Robert S. Gianelli, #82116
Jully C. Pae, #233565
Richard R. Fruto, #200748
GIANELLI & MORRIS, A Law Corporation
626 Wilshire Blvd., Suite 800
Los Angeles, CA  90017
Tel:  213.489.1600; Fax:  213.489.1611
Email:  rob.gianelli@gmlawyers.com
        jully.pae@gmlawyers.com
        richard.fruto@gmlawyers.com

Raymond E. Mattison, #71850
Christopher D. Edgington, #169682
ERNST AND MATTISON, A Law Corporation
1020 Palm Street
San Luis Obispo, CA 93401
Tel:  805.541.0300; Fax:  805.541.5168
Email:  rem@emlaw.us; ce@emlaw.us

Attorneys for Plaintiff, NELIDA VIND, *etc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELIDA VIND, on behalf of herself and all others similarly situated<br>　　　　　　　Plaintiff,<br>　v.<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DEN-MAT CORPORATION LONG TERM DISABILITY FOR ALL EMPLOYEES,<br>　　　　　　　Defendants. | CASE NO. CV 07-3564 CAS (FMOx)<br>[CLASS ACTION]<br>[Related to:  *Alloway v. Reliastar Life Ins. Co., et al.*, CV 06-4719 CAS (FMOx)]<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>**Scheduling Conference**<br>January 26, 2008<br>Time:  11:00 a.m.<br>Courtroom:  5, Second Floor |

## JOINT STATUS REPORT

Plaintiff, NELIDA VIND, on behalf of herself and all others similarly situated, and Defendants, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DEN-MAT CORPORATION LONG TERM DISABILITY FOR ALL EMPLOYEES, respectfully submit this joint status report and stipulation to continue the scheduling conference.

At the scheduling conference on October 20, 2008, the Court continued the conference to January 26, 2009, to permit the parties to proceed with voluntary production and review of a sampling of claims files. The parties have diligently proceeded but have not as yet completed this voluntary discovery process. Plaintiff has randomly selected 48 files for production and review. Defendants have commenced the review of the first 24 of these files and anticipate commencing the rolling production thereof imminently. After Plaintiff's review of the first 24 files, the parties have agreed to meet and confer concerning production of the additional requested files. The parties request a continuance of the scheduling conference to complete the foregoing voluntary discovery process, in accordance with the stipulation set forth below.

## STIPULATION

IT IS THEREFORE STIPULATED by and between the parties, through their respective counsel of record, as follows:

1. Defendants shall review and produce to Plaintiff all, or substantially all, of the first 24 files selected by Plaintiff, no later than January 30, 2009. If any of the selected files are "ASO" claims, (*i.e.*, claims under self-insured plans), Defendants shall review and produce the next selected file. The files shall be produced in an electronic format, subject to Plaintiff's right to receive a hard paper copy of any documents which are illegible in the electronic format.

Defendants may withhold from production those portions of the claims files which are not directly relevant to the calculation of the amount of benefits and offsets to benefits, including purely medical information. Production of any documents by Defendants shall not be an admission of relevance or admissibility. Defendants may redact all personal identifying information from the claims files prior to production, but the files will be identified by claim file number or some other unique number permitting identification. Plaintiff reserves the right to seek discovery of those portions of said files which are withheld or redacted.

2. Plaintiff shall review the foregoing claims by February 13, 2009. Upon completion of Plaintiff's review, the parties will meet and confer concerning production of additional claims files. If the parties cannot reach an agreement in this regard, the parties agree to submit the issue to the assigned magistrate for determination. Without affecting the parties' obligation to meet and confer in good faith in this regard, the parties agree that said issue can be submitted to the magistrate for determination prior to the continued scheduling conference proposed by this stipulation.

3. In event that it comes to attention of either party that documents or portions of documents have been inadvertently produced, (*e.g.*, incorrect claim number, attorney-client communications, *etc*.), including documents or portions of documents containing unredacted personal identifying information of claimants, that party shall immediately inform the other, and Plaintiffs shall, upon request, return all copies of such documents to Defendants. Defendants may then either withhold such documents, or produce them in redacted form, as they deem appropriate. Plaintiff reserves the right to seek to compel discovery of those portions of said files which are withheld or redacted.

4. A continued scheduling conference shall be conducted on March 23, 2009 at 11:00 a.m., or as soon thereafter as the Court's calendar permits. The parties will complete the conference of counsel no later than 14 days before said continued scheduling conference and shall file their joint report no later than 7 days before said continued scheduling conference.

IT IS SO STIPULATED:

Dated: January 12, 2009

GIANELLI & MORRIS
ERNST & MATTISON

/s/ Christopher D. Edgington
By: Christopher D. Edgington
Attorneys for Plaintiff

Dated: January 12, 2009

MORGAN, LEWIS & BOCKIUS LLP

By: Christopher M. Ahearn
Attorneys for Defendants